UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADTANGO, INC. a California Corporation, Mark DE CASTO, an individual, and PEDRO BRINGAS CASADO, an individual<br><br>       Plaintiffs,<br><br>       v.<br><br>LERNA, LLC; LERNA LABS LLC, Alex ROWLAND, an individual; Nelson Becerra, an individual, and DOES 1 through 25, inclusive,<br>       Defendants.<br>_____/ | CASE NO. **3:16-cv-01045-HSG**<br><br><br><br><br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
x     Mediation (ADR L.R. 6)


The parties agree to hold the ADR session by:
    x     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ☐     other requested deadline _____


Dated: May 10, 2016                                                           _/Nathaniel Kelly/_____
                                                                                                    Attorney for Plaintiff

Dated: May 10, 2016                                                         ___/Matthew Marca_____
                                                                                                     Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: May 23, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11